AO 455(Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| HELLENA APRIL BELTRAN-NUNEZ | CASE NUMBER: 08CR617-JAH |

I, <u>HELLENA APRIL BELTRAN-NUNEZ</u>, the above named defendant, who is accused of committing the following offense:

> Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3-4-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_X Hellena Beltran_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
MAR 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY