1  KAREN P. HEWITT
   United States Attorney
2  FRED SHEPPARD
   Assistant United States Attorney
3  California State Bar No. 250781
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7176
   Facsimile:  (619) 235-2757
6  Email: fred.sheppard@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10

11                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,        )    Case No. 08 CR 0617 JAH
                                    )
                      Plaintiff,    )
14                                  )    **NOTICE OF APPEARANCE**
             v.                     )
15                                  )
   HELLENA APRIL BELTRAN-NUNEZ,     )
16                                  )
                      Defendant.    )
17 _____ )

18

19 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20     I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

21 captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

22 CivLR 83.3.c.3-4.

23     The following government attorneys (who are admitted to practice in this court or authorized

24 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

26 activity in this case:

27     Name

28     Fred Sheppard

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u>

6    None.

7

8    Please call me at the above-listed number if you have any questions about this notice.

9    DATED: April 28, 2008

                                             Respectfully submitted,
10
                                             KAREN P. HEWITT
11                                           United States Attorney

12                                           /s/ *Fred Sheppard*

13                                           Fred Sheppard
                                             Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

      Notice of Appearance
28    United States v. Hellena April Beltran-Nunez  2                        08CR0617 JAH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 0617 JAH |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| HELLENA APRIL BELTRAN-NUNEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 28, 2008, and this Certificate of Service, dated April 28, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

ERICA ZUNKEL
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 28, 2008.


/s/ *Fred Sheppard*
Fred Sheppard
Assistant United States Attorney


Notice of Appearance
United States v. Hellena April Beltran-Nunez  3                    08CR0617 JAH